UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Rebbecca Sue Streubel, | ) | |
| | ) | BK 14-30316-lkg |
| Debtor(s), | ) | |
| | ) | |
| Rebbecca Sue Streubel | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | ADV |
| v. | ) | 14-03029-lkg |
| | ) | |
| Ardmore Finance Corporation, | ) | |

## DISCLOSURE OF CORPORATION INTEREST CERTIFICATE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of Record for Ardmore Finance Corporation hereby gives notice the following corporate interest are disclosed:

1. Ardmore Finance Corporation is a closely held corporation.

Respectfully submitted,

ROBERTS, PERRYMAN, P.C.

/s/ John L. Walker
Ted L. Perryman, #02170504
John L. Walker, #06226530
1034 S. Brentwood Blvd., Suite 2100
St. Louis, MO 63117
(314) 421-1850
(314) 421-4346 Facsimile
tperryman@robertsperryman.com
jlwalker@robertsperryman.com
Attorney for Defendant Ardmore Finance Corporation

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that the above was filed through the United States Bankruptcy Court's CM/ECF electronic filing system this 12th day of May, 2014:

Shari L. Murphy
The Law Offices of Shari L. Murphy, LLC
P. O. Box 136
Wood River, Illinois 62095-0136
Attorney for Plaintiff

              /s/ John L. Walker